UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LAQUINTES JONES,  )
  )
         Plaintiff,  )
  )  **JUDGMENT IN A CIVIL CASE**
v.  )  **CASE NO. 5:16-cv-952-D**
  )
WELLS FARGO HOME MORTGAGE, INC.,  )
  )
         Defendant.  )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 32] and DENIES plaintiff's motion [D.E. 35].

**This Judgment Filed and Entered on November 30, 2018, and Copies To:**

| | |
|---|---|
| LaQuintes Jones | (Sent to 524 Chandler Lane Rocky Mount, NC 27804 via US Mail) |
| Allison L. Johnson | (via CM/ECF electronic notification) |
| Frederick R. Smith | (via CM/ECF electronic notification) |
| Margaret M. Manos | (via CM/ECF electronic notification) |

DATE:                                         PETER A. MOORE, JR., CLERK

November 30, 2018                  (By) /s/ Nicole Sellers

                                                     Deputy Clerk